

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00339-CR

| | | |
|---|---|---|
| Ann Bucaro | § | From County Criminal Court No. 2 |
| | § | of Denton County (CR-2013-05651-B) |
| | § | |
| v. | | |
| | § | August 27, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing appellant's motion for rehearing, we deny the motion. We withdraw our June 25, 2015 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
     Justice Bonnie Sudderth